## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN DOE,                                            :
                                                     :
      Plaintiff                              :
                                                     :        2:21-CV-01648
    v.                                           :
                                                     :
THERMO ELECTRIC COMPANY, INC.;                       :
THERMO ELECTRIC PA, INC.; PIERRE                     :
EMMANUEL-LUCQ; BRANDON CONLIN,                       :
                                                     :
      Defendants

## <u>ORDER</u>

    **AND NOW,** this _____ day of _____, 2021, upon consideration of Plaintiff's Motion to Proceed Anonymously and Defendants' response thereto, it is hereby ORDERED that Plaintiff's motion is DENIED. Plaintiff is hereby instructed to file the Complaint in his own name without redactions.

                                       By the Court:

                                       _____
                                       Mitchell S. Goldberg,
                                       United States District Judge