# LAW OFFICES OF ERIC A. SHORE

*President*
Eric A. Shore ◇

*Managing Associates*
*Employment / Civil Rights*
Graham F. Baird ◇
Robert H. Graff ◇
Donald J. McCarthy ◈
Toni L. Telles ☐

*Workers' Compensation / Personal Injury*
Dennis J. Gruenke ◇△

*ERISA Disability*
Linda M. Lopez ◇

*Social Security / Veterans Disability*
Lisa Cunningham ✤

Two Penn Center, Suite 1240
1500 John F. Kennedy Blvd.
Philadelphia, PA 19102
Fax: 215-627-9426

20 Brace Road, Suite 325
Cherry Hill, NJ 08034
Fax: 856-427-4008

**1-800-CANT-WORK**

*Associates*

Raphael F. Castro ○
Yvette C. Cave ✤◇
Brian M. Doyle ✤◇
Mary LeMieux-Fillery ○
Gabrielle Muller ✤☐
Dennis C. Schmieder ☐
Michael A. Shore ○

*Licensed*
○PA  ☐NJ  ◇PA&NJ  ◈DC&NJ  △MD  ✤NY

October 7, 2021

**VIA ELECTRONIC FILING**
The Honorable Mitchell S. Goldberg
7614 US Courthouse
Courtroom 4-B
601 Market Street
Philadelphia, PA 10106

  Re: *John Doe v. Thermo Electric Company, Inc. et al.;* U.S.D.C. for the
     Eastern District of Pennsylvania, No. 21-1648_____

Dear Judge Goldberg:

  I represent the Plaintiff, John Doe, in the above captioned matter. I write to report that the above matter has settled between the parties and we respectfully request Your Honor enter a Fed.R.C.P. 41.1(b) Order dismissing the case with prejudice and with the parties bearing their own costs and fees.

  Thank you for Your Honor's kind consideration of this request.

                 Sincerely,

                 BRIAN M. DOYLE
                 BrianD@ericshore.com
                 Direct Dial: 215-944-6129

BMD/aa
Cc: Jerome A. Flanagan, Esq. (Via ECF)
  Patrick Heffron, Esq. (Via ECF)